[No. 8268-0-I.  Division One.  October 20, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN W. PARSONS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-8-01603-1, T. Patrick Corbett, J., entered December 14, 1979. *Affirmed* by unpublished per curiam opinion.

[No. 3463-II.  Division Two.  October 22, 1980.]

WALLACE N. SOLAND, ET AL, *Respondents,* v. CLINTON P. MICKELSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lewis County, No. 34552, Dale M. Nordquist, J., entered May 1, 1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Pearson, J.

[No. 2779-1-III.  Division Three.  October 23, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD WARREN OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 25920, Del Cary Smith, Jr., J., entered February 14, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.